THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THOMAS REILLY, Otherwise Known as THOMAS COOLEY, Appellant.

*People* v. *Reilly,* 49 App. Div. 218, affirmed.
(Argued October 24, 1900; decided November 13, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 19, 1900, affirming a judgment of the Court of General Sessions of the Peace in the City of New York convicting the defendant of the crime of violating section 508 of the Penal Code in having in his possession burglars' tools.

*Thomas A. Atchison* for appellant.

*Charles E. Le Barbier* for respondent.

Judgment of conviction affirmed; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

SARAH LAWSON, Respondent, *v.* WILLIAM EGGLESTON, Appellant.

*Lawson* v. *Eggleston,* 28 App. Div. 52, affirmed.
(Argued October 24, 1900; decided November 13, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 1, 1898, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*W. S. Thrasher* for appellant.

*Dana L. Jewell* and *J. R. Jewell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.